

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TEXAS HEALTH & HUMAN SERVICES and EL PASO STATE SUPPORTED LIVING CENTER, | § | No. 08-22-00043-CV |
| | § | Appeal from the |
| Appellants, | § | 129th Judicial District Court |
| v. | § | of El Paso County, Texas |
| DAVID SEPULVEDA, | § | (TC# 2018-DCV-0349) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be reversed in part and affirmed and remanded in part. The portion of the trial court's judgment denying the State's plea to the jurisdiction with respect to Appellee's two retaliation claims is reversed and we order those claims dismissed. The judgment of the trial court denying the State's plea to the jurisdiction with respect to Appellee's age-discrimination claim is affirmed and remanded to the trial court for further proceedings consistent with the opinion of this Court.

We further order that each party shall bear their own cost of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 15TH DAY OF MARCH, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Soto, J., Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (sitting by assignment)